IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INFORMATION 3:11-CR-16(CAR) |
| v. | : | VIOLATION: 18 U.S.C. § 1955 |
| ALAP PATEL | : | 18 U.S.C. § 2 |

Filed at 10:24 AM  3-2-20 11

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

That on or about July 2008 through June 2010, in the Athens Division of the Middle District of Georgia,

**ALAP PATEL**

did aid and abet Heritage Amusement Company, by unlawfully, knowingly, willfully, and intentionally supervising part of an illegal gambling business, to wit: operated a commercial gambling business involving the operation of video gambling machines which for a consideration afford the player an opportunity to obtain money or other things of value, the award of which is determined by chance even though accompanied by some skill, whether or not the prize is automatically paid by the gambling device in violation of the laws of the State of Georgia, to wit, Official Code of Georgia Section 16-12-22(a)(1) and which involved five or more persons who conducted, all or part of said illegal gambling business, and which remained in substantially continuous operation for a period in excess of thirty days. All in violation of Title 18, United States Code, Section 1955 and Title 18, United States Code, Section 2.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

By: _____
JENNIFER KOLMAN
ASSISTANT UNITED STATES ATTORNEY