IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 3:11-CR-16 (CAR) |
| | * | |
| v. | * | VIOLATIONS: 18 U.S.C. §1955 |
| | * | 18 U.S.C. § 2 |
| ALAP PATEL | * | Filed at 10:20 AM 3-2, 2011 |

**ENTRY OF APPEARANCE**

Please note the Entry of Appearance of J. Christopher NeSmith as attorney of record for ALAP PATEL.

Respectfully submitted:

J. Christopher NeSmith
Attorney for Defendant
Georgia Bar No. 535768

**Law Office of J. Christopher NeSmith, LLC**
**165 General Daniel Avenue**
Post Office Box 860
Danielsville, GA 30633
(706) 795-0370

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of Entry of Appearance by depositing said copy in the U.S. Mail in a properly addressed envelope with adequate postage thereon addressed as follows:

Jennifer Kolman<br>
Assistant U.S. Attorney<br>
Post Office Box 1702<br>
Macon, GA 31202

This 28th day of February, 2011.

                                      /s/ J. Christopher NeSmith<br>
                                      J. Christopher NeSmith<br>
                                      Attorney for Defendant<br>
                                        Georgia Bar No. 535768

**Law Office of J. Christopher NeSmith, LLC**
**165 General Daniel Avenue**
Post Office Box 860
**Danielsville, GA 30633**
(706) 795-0370