Filed at 10:24 AM
3-2-2011
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NUMBER:** 3:11-CR-16(CAR) |
| | : | |
| **vs.** | : | |
| | : | |
| **ALAP PATEL** | : | **WAIVER OF INDICTMENT** |
| | : | |

I, Alap Patel, the above-named defendant, who is accused of supervising part of an illegal gambling business, in violation of 18 U.S.C. § 1955, and after having been advised of the nature of the charge(s) in the proposed information, and of my rights, hereby waive in open court on _March 2, 2011_, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ALAP PATEL
DEFENDANT

_____
JOHN CHRISTOPHER NeSMITH
ATTORNEY FOR DEFENDANT

Before _____
Judicial Officer